**Mark A. WARD, Plaintiff—Appellant,**

**v.**

**Peter E. MALONEY, Plan Administrator for Lin Television Corporation, Defendant—Appellee.**

**No. 05–1669.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 15, 2005.

Decided Dec. 20, 2005.

Mark A. Ward, Appellant Pro Se. William McCardell Furr, Andrew R. Fox, Willcox & Savage, Norfolk, Virginia, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark A. Ward appeals the district court judgment granting Peter Maloney's motion for a judgment on the pleadings. We have reviewed the record and the district court memorandum opinion and affirm for the reasons of the district court. *See Ward v. Maloney,* CA–03–1170–1, 2005 WL 1167230 (M.D.N.C. May 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*